# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCKYOU, INC.,<br>                Debtor. | Chapter 7<br><br>Case No. 19-10453 (SCC) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the estate of RockYou, Inc.,<br>                Plaintiff,<br><br>- against -<br><br>McGUIREWOODS LLP,<br>                Defendant. | Adv. Proc. No. 21-01121 (SCC)<br><br>**<u>AFFIDAVIT OF SERVICE</u>** |

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF KINGS    )

LEAH KHALIL, being duly sworn, deposes and says, that I am not a party to this adversary proceeding, am over 18 years of age and reside in Kings County; and that on May 3, 2021 I served the Complaint (ECF Doc. #1) and Summons (ECF Doc. #2) filed herein by first class mail, postage prepaid, pursuant to Rule 7004(b)(3), upon the above-named Defendant at the following addresses:

| | |
|---|---|
| McGuireWoods LLP<br>201 North Tryon Street<br>Suite 3000<br>Charlotte, NC 28202<br>Attn: Bruce M. Steen, General Counsel | McGuireWoods LLP<br>260 Forbes Avenue<br>Suite 1800<br>Pittsburgh, PA 15222<br>Attn: Mark Freedlander |

                                                                                       _____
                                                                                         Leah Khalil

Sworn to before me this 3rd day of May, 2021

_____
Notary Public

JEFFREY CHUBAK
Notary Public, State of New York
No. 02CH6403994
Qualified in Westchester County
Commission Expires February 10, 2024