# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| ROCKYOU, INC., | Case No. 19-10453 (SCC) |
| Debtor. | |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the estate of RockYou, Inc., | Adv. Proc. No. 21-01121 (SCC) |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO ANSWER** |
| - against - | |
| McGUIREWOODS LLP, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the above-named Plaintiff and Defendant, through their respective undersigned counsel, that Defendant's time to answer or move in response to the Complaint is hereby extended through July 22, 2021.

| | |
|---|---|
| Dated: New York, New York<br>June 1, 2021 | Dated: Pittsburgh, Pennsylvania<br>June 1, 2021 |
| AMINI LLC | McGUIREWOODS LLP |
| /s/ Jeffrey Chubak<br>Jeffrey Chubak<br>131 West 35th Street, 12th Floor<br>New York, New York 10001<br>(212) 490-4700<br>jchubak@aminillc.com<br>*Attorneys for Plaintiff* | /s/ Frank J. Guadagnino<br>Frank J. Guadagnino<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, Pennsylvania 15222<br>(412) 667-6000<br>fguadagnino@mcguirewoods.com<br>*Attorneys for Defendant* |

Dated: New York, New York
      June 1, 2021

**SO ORDERED**:

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge